11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Tony Dean McCoy,                              * From the 39th District
                                               Court of Stonewall County,
                                               Trial Court No. 1772.

Vs. No. 11-11-00179-CR                        * May 30, 2013

The State of Texas                            * Memorandum Opinion by McCall, J.
                                               (Panel consists of: Wright, C.J.,
                                               McCall, J., and Willson, J.)

    This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and the cause is remanded for further proceedings in accordance with the court's opinion.